DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellant,

v.

**MATHIS GLOVER** and **SHERRI GLOVER,**
Appellees.

No. 4D2024-1737

[December 23, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Alan Speiser, Judge; L.T. Case No. CACE20-004287.

Kara Rockenbach Link and David A. Noel of Link & Rockenbach, P.A., West Palm Beach, for appellant.

Elliot B. Kula and William D. Mueller of Kula & Associates, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***